# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**J.P.M.,**
      **Petitioner,**

vs.                                         **Case No. 5:06cv188/RS/MD**

**WARDEN, FCI-MARIANNA, FLORIDA,**
 **TEXAS DEPARTMENT OF CORRECTIONS,**
      **Respondents.**

## O R D E R

This cause is before the court upon a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (doc. 1) and petitioner's motion to seal the record (doc. 2). The filing fee has been paid.

Petitioner states he is currently serving a sentence imposed by the Sixth Judicial District Court located in Lamar County, Texas, but that because he is a participant in the Federal Witness Protection Program, he is currently housed at the Federal Correctional Institution in Marianna, Florida (doc. 1, p. 1 and mem.). In this habeas action, he challenges the Texas Department of Corrections' revocation of his parole on July 6, 2006. As relief, he requests that his Texas state parole be reinstated and that he be approved for release to Gainesville, Florida and placed under the supervision of Florida parole authorities. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Eastern District of Texas, which is the district within which the state court was held which convicted and sentenced petitioner.

*Page 2 of 2*

Accordingly, it is therefore ORDERED:

The clerk shall transfer this case to the United States District Court for the Eastern District of Texas.

DONE AND ORDERED this 21st day of September, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:06cv188/RS/MD*